Jim Reeves†

Matthew G. Mestayer

R. Scott Pietrowski††

Caroline Scott Hommell

Of Counsel:

Mark Lumpkin**



January 27, 2021

160 Main Street (39530)
P.O. Drawer 1388
Biloxi, MS 39533

Phone 228.374.5151
Toll Free 855.558.2977
Fax 228.374.6630
www.rmlawcall.com

† Also Licensed in Alabama
†† Also Licensed in Tennessee

** Also Licensed in Louisiana

**OVERNIGHT & CERTIFIED/RETURN RECEIPT MAIL**
Mr. Jeffrey Stacey
Office of Chief Counsel
155 Van Gordon, Suite 551
Lakewood, CO 80228

**OVERNIGHT, HAND DELIVERY & CERTIFIED/RETURN RECEIPT MAIL**
Veterans Administration
Biloxi VA Medical Center
400 Veterans Avenue
Biloxi, MS 39531

**OVERNIGHT & CERTIFIED/RETURN RECEIPT MAIL**
Department of Veterans Affairs
Office of General Counsel
Torts Law Group
810 Vermont Avenue, NW
Washington, DC 20420

**OVERNIGHT, HAND DELIVERY & CERTIFIED/RETURN RECEIPT MAIL**
U.S. Attorney's Office
Civil Division
1575 20th Avenue, 2nd Floor
Gulfport, Mississippi 39501

RE: **Debra Lee**
    **DOI: February 11, 2019**

Dear All:

## NOTICE OF CLAIM

My firm represents Ms. Debra Lee. This correspondence is provided in accordance with applicable notice provisions of the Federal Torts Claim Act. Enclosed please find the following:

1. Completed Standard Form 95 Claim for Damage Injury or Death, with attached Exhibit "A" and "B";

2. Medical Records of Debra Lee:

Springhill Medical Center - Bates Stamped 10001 - 10032
3719 Dauphin St.
Mobile, AL 36608

Alabama Orthopaedic Clinic - Bates Stamped 20001 - 20060
3610 Springhill Memorial Dr N

Exhibit A

Mobile, AL 36608

Cares Health Services - Bates Stamped 30001 - 30116
878 Hillcrest Road, Suite A
Mobile, AL 36695

3. Contingency Fee Contract

4. Alabama Uniform Crash Report

All of these Exhibits are incorporated as part of the notice.

Please provide us with your Administrative Decision as soon as possible.

Should you need anything further please do not hesitate to call.

Sincerely,

JIM REEVES

JR/nln
Enclosures
United States Dept. Of Justice (Certified mail)
Civil Division, Torts Branch
Federal Tort Claims Act Staff (Federal Express) to physical address
PO Box 888
Benjamin Franklin Station
Washington DC 20044

Exhibit A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Office of Chief Counsel     and     Veterans Administration<br>155 Van Gordon, Suite 551            Biloxi VA Medical Center<br>Lakewood, CO 80228                       400 Veterans Avenue<br>                                                           Biloxi, MS 39531 | Debra Lee (by and through her attorney, Jim Reeves, Esq.)<br>6650 Sandra Drive<br>Theodore, AL 36582 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| [X] MILITARY  [ ] CIVILIAN | 12/13/1966 | single | 02/11/2019      Monday | 8:00 to 9:00 a.m. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On February 11, 2019, Debra Lee was involved in a motor vehicle accident while driving east on I-10. The driver of the other vehicle, Latanya Moore, proceeded to change lanes and collided with the rear-end of the vehicle driven by Ms. Lee. Ms. Lee then lost control of the vehicle and collided with the concrete barrier and ending in the ditch causing damages and injuries.

See attached Exhibits "A" and "B".

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

1997 Lexus ES 300 front bumper, front end, front headlights (vehicle totaled)

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See attached Exhibit "A"

| 11. | WITNESSES | |
|---|---|---|
| | NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | See attached Exhibits "A" and "B" | See attached Exhibits "A" and "B" |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| | 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | 30,000.00 | 1,000,000 | 0.00 | 1,030,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature] Debra Lee* | 251-767-3224 | 1-27-[?] |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.). |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

Exhibit A

| INSURANCE COVERAGE ||
|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. ||
| 15. Do you carry accident insurance? [X] Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No ||
| State Farm (policy number 3296411C0801)<br>11350 Johns Creek Parkway<br>Duluth, GA 30098 ||
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No | 17. If deductible, state amount. |
| full coverage and deductible | 500.00 |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).<br>Total loss of vehicle ||
| 19. Do you carry public liability and property damage insurance? [ ] Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No ||

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Exhibit A

## EXHIBIT "A"

8. **BASIS OF CLAIM**

I.    On February 11, 2019, Debra Lee was involved in a motor vehicle accident while driving east on I-10. The driver of the other vehicle, Latonya Moore, was at all times relevant an employee of the Biloxi Veterans Administration Hospital and acting in the course and scope of her employment with Biloxi VA Hospital making the Biloxi VA Hospital vicariously liable for her actions. Ms. Moore proceeded to change lanes and collided with the rear-end of Ms. Lee's vehicle. Ms. Lee then lost control of the vehicle and collided with the concrete barrier and ending in the ditch causing damages and injuries. See attached Alabama Uniform Crash Report which is fully incorporated herein.

II.    **PERSONS INVOLVED**

Debra Lee, injured
6650 Sandra Drive
Theodore, AL 36582

Latonya Katrice Moore - driver of other vehicle
15300 Dismuke Ave Unit D-3
Biloxi, MS 39532

Casey Ann English - Witness
850 Hilcrest Road
Mobile, AL 36695

Officer Hugh T. Barnes, II
Mobile Police Department
5441 US-90 #25
Mobile, AL 36619

Kimberly O'Chab, CRNP
Russell D. Goode, MD
Jeffrey D. Boat right, MD
Russell A. Hudgens, MD
AL Orthopaedic Clinic
3610 Springhill Memorial Drive North
Mobile, AL 36608

Michael J. Bindon, MD
Springhill Medical Center
Emergency Medicine
3719 Dauphin St.
Mobile, AL 36608

Liberty Freeman, OTR/L, CLT
Debra H. Taylor, PT
Cares Health
878 Hillcrest Road, Suite A
Mobile, AL 36695

### III.   PLACE OF OCCURRENCE AND CAUSE THEREOF

This accident occurred on February 11, 2019, on I-10 Mobile, Alabama at approximately 8:00 a.m. and 9:00 a.m.

10.   Debra Lee sustained severe and permanent injuries and property damage. She was seen at Springhill Memorial for her injuries. As a result, Debra Lee has and/or will incur medical expenses, future medical expenses, past and future loss of wages and wage earning capacity, permanent impairment and disability, disfigurement, loss of earnings, pain and suffering, mental anguish, emotional distress and loss of enjoyment of life. See medical records in Plaintiff's possession which are fully incorporated herein.

Exhibit A

## EXHIBIT "B"

1. Debra Lee, Claimant
   6650 Sandra Drive
   Theodore, AL 36582

2. Latonya Katrice Moore - driver of other vehicle
   15300 Dismuke Ave Unit D-3
   Biloxi, MS 39532

3. Casey Ann English - Witness
   850 Hilcrest Road
   Mobile, AL 36695

4. Officer Hugh T. Barnes, II
   Mobile Police Department
   5441 US-90 #25
   Mobile, AL 36619

5. Kimberly O'Chab, CRNP
   Russell D. Goode, MD
   Jeffrey D. Boat right, MD
   Russell A. Hudgens, MD
   AL Orthopaedic Clinic
   3610 Springhill Memorial Drive North
   Mobile, AL 36608

6. Michael J. Bindon, MD
   Springhill Medical Center
   Emergency Medicine
   3719 Dauphin St.
   Mobile, AL 36608

7. Liberty Freeman, OTR/L, CLT
   Debra H. Taylor, PT
   Cares Health
   878 Hillcrest Road, Suite A
   Mobile, AL 36695

Exhibit A

**FedEx.**

January 28, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 813687257612

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | B.FESSLER | **Delivery Location:** | 400 VETERANS AVE BLDG 26 |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | MS, 39531 |
| | | **Delivery date:** | Jan 28, 2021 11:00 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 813687257612 | **Ship Date:** | Jan 27, 2021 |
| | | **Weight:** | |

**Recipient:**
BILOXI VA MED CENTER
400 VETERNS AVE
MS, US, 39531

**Shipper:**
JIM REEVES, REEVES & MESTAYER, PLLC
160 MAIN ST
BILOXI, MS, US, 395303806

**Reference**  DEBRA LEE



Thank you for choosing FedEx

Exhibit A