# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DEBRA KAY LEE**                                                            **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 1:22-cv-239-TBM-RPM**

**UNITED STATES OF AMERICA**                                   **DEFENDANT**

## AGREED ORDER TO TRANSFER VENUE

THIS MATTER comes before the Court on Defendant's Motion to Dismiss, or in the Alternative, Motion to Transfer Venue [ECF No. 4]. The Court, having considered the motion and being advised that the parties have conferred and Plaintiff consents to transfer venue, and further finding that the proper venue for this matter is the Southern District of Alabama, finds that Defendant's motion to dismiss is DENIED and Defendant's motion to transfer is GRANTED as to all of Plaintiff's claims.

The Clerk of the Court is directed to transfer this case to the Southern District of Alabama under 28 U.S.C. § 1406(a).

SO ORDERED, this the 20th day of December, 2022.

                                                                       UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

Darren J. LaMarca
United States Attorney for the
Southern District of Mississippi

*s/ Lauren E. Dick*
Lauren E. Dick
Assistant United States Attorney
1575 20th Avenue
Gulfport, Mississippi 39501
Email: Lauren.Dick@usdoj.gov
Telephone: (228) 563-1560
Facsimile: (228) 563-1571
GA Bar No.401353

Andrew R. Norwood
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: (601) 965-4480
Facsimile: (601) 965-4032
Email: Drew.Norwood@usdoj.gov
MS Bar No. 105087

AGREED TO:

s/
Jim Reeves
Reeves & Mestayer
P.O. Drawer 1388
Biloxi, MS 39533
Telephone: (228) 374-5151
Facsimile: (228)374-6630
Email: jrr@rmlawcall.com